IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN THE MATTER OF THE SEARCH OF
3562 PIN HOOK, APARTMENT 1001,
ANTIOCH, TENNESSEE

No.  17-MJ-3113

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is

ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 18th day of December, 2017.

_____
Joe Brown
United States Magistrate Judge